AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JOSE SUAREZ, JOSE CANTO, <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE BAYFRONT PARK MANAGEMENT TRUST INC., JOE CAROLLO, and JAVIER BAÑOS <br> *Defendant(s)* | Civil Action No. 25-cv-20317-JAL/MFE |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JAVIER BAÑOS
3006 AVIATION AVENUE
UNIT 3A
COCONUT GROVE FL 33133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

AXS LAW GROUP, PLLC
Jeffrey W. Gutchess, Esq.
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Feb 12, 2025

*s/ Lisa I. Streets*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JOSE SUAREZ,<br>JOSE CANTO,<br><br>*Plaintiff(s)*<br>v.<br><br>THE BAYFRONT PARK<br>MANAGEMENT TRUST INC.,<br>JOE CAROLLO, and<br>JAVIER BAÑOS<br>*Defendant(s)* | Civil Action No. 25-cv-20317-JAL/MFE |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE BAYFRONT PARK MANAGEMENT TRUST INC.
301 N. BISCAYNE BLVD
MIAMI, FL 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

AXS LAW GROUP, PLLC
Jeffrey W. Gutchess, Esq.
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Feb 12, 2025

*s/ Lisa I. Streets*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JOSE SUAREZ,<br>JOSE CANTO,<br><br>*Plaintiff(s)*<br><br>v.<br><br>THE BAYFRONT PARK<br>MANAGEMENT TRUST INC.,<br>JOE CAROLLO, and<br>JAVIER BAÑOS<br>*Defendant(s)* | Civil Action No. 25-cv-20317-JAL/MFE |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Joe Carollo
3500 Pan American Drive
Miami, FL, 33133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

AXS LAW GROUP, PLLC
Jeffrey W. Gutchess, Esq.
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Feb 12, 2025

*s/ Lisa I. Streets*
Deputy Clerk
U.S. District Courts